In The United States District Court
For The Northern District of Texas
Amarillo Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 5 2021

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Troy Steptoe,
Petitioner

v.

Lorie Davis
Respondent

Civil Action No. 2:21-CV-26-Z-BR

## Steptoe's Submission Of Evidence In Compliance With Court Order

To The Honorable U.S. Magistrate Judge Lee Ann Reno:

    In compliance with this Court's order dated March 16, 2021, Steptoe submits the attached document as evidence that he has authorized the institution to disburse the requisite funds from his trust account to pay the filing fee in this action...

Respectfully Submitted,

Troy Steptoe

04/01/2021

4/1/2021

# INMATE TRUST FUND
# OFFENDER WITHDRAWAL HEADER

Unit: RB

1. Each I-25 must have:
   * Offender signature
   * Offender thumbprint
   * Approving Officer's signature
   * Administrative Approval stamp
   * Pre-addresses stamped envelope (Outside Purchases only)
2. Complete this form and sign.
3. Transfers, Outside Purchases and Craft Sales to be on SEPARATE headers.
   Also separate payments to: courts and TDCJ (by request for copies, school, etc.)

NOTE:   If any of the above criteria are not met, the I-25's will be returned.

| TDCJ # | LAST NAME, FIRST | AMOUNT | PAYEE |
|--------|------------------|--------|-------|
| 755083 | Steptoe, Troy | $5.00 | US District Clerk |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

INMATE TRUST FUND

INMATE REQUEST FOR WITHDRAWAL

DATE [4][1][2][1][ ][ ][ ]

☐ Transfer within TF

☐ Outside Purchase

Other _____

PLEASE USE A BUSINESS SIZE ENVELOPE

DO NOT FOLD, STAPLE OR TAPE

Use Black or Dark Blue Ink.

Unit
R B

Inmate
Signature _Troy Steptoe_

Unit
Review _____

Print CAPITAL letters and numbers block style inside square without touching sides.

0 0 7 5 5 0 8 3

S T E P T O E

1  5  8  9     A  8  0  0

Approving Officer Signature

T R O Y

5 . 0 0

FIVE DOLLARS

Right Thumb Print

U N I T E D S T A T E S D I S T R I C T C O U R

PAYEE'S ADDRESS: 205 S.E. 5th Avenue, Room 133 Amarillo Texas 79101-1559

STREET   APT. NO.   CITY   STATE   ZIP

I certify that each form has been received and these requests are in compliance with AD's 14.62 and 03.51. Authorization is granted for these Offenders to withdraw money from their accounts as per the attached "Inmate Request for Withdrawal: (I-25) forms for the Offenders listed above.

Approving Officer (or Warden) Signature

ITF-25

TROY STEPTOE # 00755083
12071 FM 3522
ABILENE TX. 79601
ROBERTSON UNIT

 

ABILENE TX 795

02 APR 2021 PM 1 T

FOREVER / USA

RECEIVED

APR - 5 2021

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
205 S.E. 5th AVE. ROOM 133
AMARILLO, TX. 79101

79101+1556

Case 2:21-cv-00026-Z-BR    Document 7    Filed 04/05/21    Page 3 of 3    PageID 26